KEVIN R. IAMS (SBN: 154267)
**WATSON, KHACHADOURIAN & IAMS, LLP**
1000 G Street, 2nd Floor
Sacramento, California 95814
Telephone:   (916) 498-6240
Facsimile:    (916) 498-6245

Attorneys for Defendants
AT&T WIRELESS SERVICES, INC.;
AT&T; DIANA WONG; RICK MASON;
and CATH WASHBURN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA BAILEY,<br><br>          Plaintiff,<br><br>v.<br><br>AT&T WIRELESS SERVICES DIVISION; AT&T; DIANA WONG; RICK MASON; and CATH WASHBURN,<br><br>          Defendants. | Case No. CIV S-99-2522 MCE/PAN<br><br>**ORDER ON STIPULATION TO CONTINUE TRIAL DATE**<br><br>Trial Date:   September 7, 2005<br>Time:           9:00 a.m.<br>Courtroom:  3 |

   **IT IS HEREBY ORDERED** that pursuant to the stipulation of the parties, and in light of the extenuating circumstances, and for good cause shown, the trial of this matter scheduled for September 7, 2005 is hereby vacated, and continued until February 22, 2006, at 9:00 a.m. in Courtroom 3, before the Honorable Morrison C. England, Jr., United States District Judge.

**IT IS SO ORDERED:**

Dated: August 22, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-

ORDER ON STIPULATION TO CONTINUE TRIAL DATE