1  KEVIN R. IAMS (SBN: 154267)
   **WATSON, KHACHADOURIAN & IAMS, LLP**
2  1000 G Street, 2nd Floor
   Sacramento, California 95814
3  Telephone:   (916) 498-6240
   Facsimile:   (916) 498-6245
4

5  Attorneys for Defendants
   AT&T WIRELESS SERVICES, INC.;
6  AT&T; DIANA WONG; RICK MASON;
   and CATH WASHBURN
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 DONNA BAILEY,                      )   Case No. CIV S-99-2522 MCE/PAN
                                      )
12              Plaintiff,            )   **ORDER ON STIPULATION TO**
                                      )   **CONTINUE TRIAL DATE**
13 v.                                 )
                                      )   Trial Date:  February 22, 2006
14 AT&T WIRELESS SERVICES             )   Time:        9:00 a.m.
   DIVISION; AT&T; DIANA WONG;        )   Courtroom:   3
15 RICK MASON; and CATH               )
   WASHBURN,                          )
16                                    )
                Defendants.           )
17 _____)

18     **IT IS HEREBY ORDERED** that pursuant to the stipulation of the parties, and in

19 light of the extenuating circumstances, and for good cause shown, the trial of this matter

20 scheduled for February 22, 2006 is hereby vacated, and continued to July 26, 2006, at

21 9:00 a.m. in Courtroom 3, before the Honorable Morrison C. England, Jr., United States

22 District Judge.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

-1-

1     **IT IS FURTHER ORDERED** that the continuance of the trial date shall not modify
2  or otherwise re-open or extend any dates for discovery and/or disclosure previously set by
3  this Court's Pretrial Scheduling Order.
4  **IT IS SO ORDERED:**
5  Dated: February 10, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE