UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DONNA BAILEY,  No. 2:99-cv-2522-MCE-EFB

       Plaintiff,

  v.  **ORDER RE: SETTLEMENT AND DISPOSITION**

AT&T WIRELESS SERVICES, INC., ET AL.,

       Defendants.
_____/

    Pursuant to the representations of the attorney for Defendants, the Court has determined that this case is settled.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before March 16, 2007.

    Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.

    IT IS SO ORDERED.

Dated: February 16, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE