LAW OFFICES OF ANTHONY J. POIDMORE
A Professional Law Corporation
Anthony J. Poidmore  (SBN 51346)
3001 Lava Ridge Court, Suite 130
Roseville, CA 95661
Telephone No.: 916-787-1290
FAX No.:       916-787-1293
Attorney for Plaintiff, **DONNA BAILEY**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA BAILEY,<br><br>    Plaintiff,<br><br>  v.<br><br>AT&T WIRELESS SERVICES INC., AT&T, DIANA WONG, RICK MASON, CATH WASHBURN,<br><br>    Defendants. | Case No.: 2:99-cv-2522-MCE-PAN<br><br>STIPULATION RE: DISMISSAL OF DEFENDANTS WITH PREJUDICE<br>[ FRCP, RULE 41 ] |

COMES NOW Plaintiff, DONNA BAILEY, by and through her attorney of record, ANTHONY J. POIDMORE , and Defendants, AT&T WIRELESS SERVICES INC., AT&T, DIANA WONG, RICK MASON, CATH WASHBURN, by and through their attorneys of record, HARDY ERICH BROWN & WILSON, and stipulate that this entire action shall be dismissed, with prejudice.

Dated:       March 28, 2007        LAW OFFICES OF ANTHONY J. POIDMORE

                                   A Professional Law Corporation


                                         /s/ Anthony J. Poidmore
                                   By_____
                                         ANTHONY J. POIDMORE
                                         Attorneys for Plaintiff DONNA BAILEY

-1-

| | | |
|---|---|---|
| Dated: | March 28, 2007 | HARDY ERICH BROWN & WILSON |

By /s/ David L. Perrault
_____
DAVID L. PERRAULT
Defendants, AT&T WIRELESS SERVICES INC., AT&T, DIANA WONG, RICK MASON, CATH WASHBURN

## **ORDER**

GOOD CAUSE APPEARING and pursuant to the stipulation of counsel, it is hereby ordered that this action is dismissed, with prejudice.

Dated: April 5, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE